UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-------------------------------------------------------------------X

ERNESTO BUNAY : 07-CV-01572-AKH

                Plaintiff,

                                                                     **APPEARANCE**

  - against -

90 CHURCH STREET LIMITED : **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,

                Defendants.
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
         October 3, 2007

                                                  By:    /s/ Judith R. Cohen
                                                       _____
                                                       Judith R. Cohen (JC-8614)
                                                       1177 Avenue of the Americas
                                                       New York, New York 10036
                                                       Phone: (212) 277-6500
                                                       Fax: (212) 277-6501

                                                       *Attorney for Defendant*
                                                       MERRILL LYNCH & CO., INC.